UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 4:13-CR-17 |
| | ) | |
| ELUID MARTINEZ AMAYA | ) | |

**O R D E R**

On November 19, 2013, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant's plea of guilty to Counts One

and Two of the Indictment in exchange for the undertakings made by the government in the written

plea agreement; (b) the Court adjudicate Defendant guilty of the charges set forth in Counts One

and Two of the Indictment; (c) that a decision on whether to accept the plea agreement be deferred

until sentencing; and (d) Defendant shall remain in custody pending sentencing in this matter

(Doc. 19).   Neither party filed an objection within the given fourteen days.   After reviewing the

record, the Court agrees with the magistrate judge's report and recommendation.   Accordingly,

the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant

to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Counts One and Two of the Indictment, in exchange for

the undertakings made by the government in the written plea agreement, is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and

Two of the Indictment; and

1

(4) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Monday,**

**February 24, 2014, at 2:00 pm**..

**SO ORDERED.**

**ENTER:**

_____*/s/ Harry S. Mattice, Jr.*_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE